THE GEVAERT COMPANY OF AMERICA, INC., Respondent, v. NATIONAL STUDIOS, INC., Appellant.— Order unanimously modified so as to require plaintiff to accept a bill of particulars with respect to items furnished in accordance with the demand,

and by limiting the preclusion of the defendant only with respect to the items and portions of items as to which there has been a failure to comply, and as so modified affirmed without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.